## WILL McIVER v. THE STATE.

### No. 500.   Decided March 9.

**Disturbance of the Peace—Construction of Statute.**—The statute (Penal Code, article 314) with regard to boisterous, etc., language and conduct in or near a private house calculated to disturb the inhabitants of such house, does not embrace such language and conduct when indulged in by parties themselves occupying the house, but was enacted to protect such occupants from such disturbances when indulged in by others.   Following Hall v. The State, 16 Texas Criminal Appeals, 6.

APPEAL from the County Court of Ellis.   Tried below before Hon. D. F. SINGLETON, County Judge.

This appeal is from a conviction for disturbance of the ⌐peace, wherein the punishment assessed was a fine of $25.

The opinion sufficiently states the case.

No brief for appellant.

*Mann Trice*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of disturbing the peace by going into the private house of Merriman, and using profane language, etc.   The uncontradicted evidence is, that appellant and Merriman were half-brothers, and lived in the house where the language was used.   The undisputed evidence also is, that the trouble originated between appellant and his brother Sam, and finally Merriman interfered, and there was a very considerable amount of boisterous language used by the various parties during their troubles.   The contention is, that the evidence does not warrant a conviction.   We are of opinion the point is well taken.   The statute prohibiting such disturbances and intrusions does not refer to those who occupy the private house referred to therein, but was enacted to protect such occupants from being disturbed by others, and not by themselves.   Hall v. The State, 16 Texas Crim. App., 6.

The judgment is reversed and cause remanded.

*Reversed and remanded.*

HENDERSON, Judge, absent.